Homer R. Elliott, Respondent, v. Adolphus E. Cowles, Appellant.—Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of Proceedings Supplementary to Execution against Charles E. Shreffler, Judgment Debtor, upon Application of Sarah L. Snow, Judgment Creditor, under a Judgment Recovered in an Action Entitled: Sarah L. Snow, Respondent, v. Charles E. Shreffler, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Americo Chilli, an Infant, by Biordi Berardino, His Guardian ad Litem, Respondent, v. McMullen & Woods Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

James S. Otis, Respondent, v. Abbott D. Granger, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Richard E. Starr, Appellant, v. Charles Conrad, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Anthony Doney, Appellant, v. D. Lyde Ballou and Ota Ballou, Respondents, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Maria Canton, as Sole Administratrix, etc., of Edward J. Canton, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Alice Lavery and Therese Lavery, Respondents, v. George A. Grappotte, Appellant.— Judgment affirmed, with costs. All concurred.

Ever Hansen, Appellant, v. Utica and Mohawk Valley Railway Company, Respondent.— Judgment and order affirmed, with costs. All concurred.

Henry G. Anderson, Respondent, v. Henry V. Burns, Appellant.— Judgment and order affirmed, with costs. All concurred.

Charles Ross and Anna D. Ross, Respondents, v. Jules Doux, Appellant.— Judgment affirmed, with costs. All concurred.

Acme Food Company, Appellant, v. Laurentine Y. Miller and Others, Respondents.— Judgment and order affirmed, with costs. All concurred.

Leslie G. Loomis and Leslie G. Loomis, Jr., Respondents, v. The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Leslie G. Loomis and Leslie G. Loomis, Jr., Respondents, v. Lehigh Valley Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Rose M. Urtz, as Administratrix, etc., of Richard M. Urtz, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs. (See opinion by Williams, J., on former appeal in same case, reported at 137 App. Div. 404.) All concurred.

Minnie Flanagan, Respondent, v. International Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

William F. Burke, Respondent, v. The Continental Insurance Company of New York, Appellant.— Motion for reargument denied, with ten dollars costs.

Thomas Cary, Appellant, v. Hazel M. Koerner, Individually and as Adminis-